```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| MAX-PLANCK-GESELLSCHAFT ZUR FOERDERUNG DER WISSENSCHAFTEN E.V. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 09-11168-PBS ) ) |
| WOLF GREENFIELD & SACKS, PC | ) ) |
| Defendant. | ) ) |

## ORDER

November 10, 2010

Saris, U.S.D.J.

Pursuant to this Court's Memorandum and Order concerning the cross motions for summary judgment, the only remaining issue is the request for declaratory judgment. Whitehead has filed a Motion to Vacate the USPTO's grant of plaintiff's "Goldstein" petition. If that motion is denied, the action for declaratory judgment would become moot. Accordingly, the Court administratively **STAYS** this action, pending resolution of the motion to vacate currently before the USPTO.

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge